In the Matter of the Application of ANDREW B. GILFILLAN, Appellant, for a Writ of Mandamus against JOHN H. PRICE, as County Clerk of Erie County, Respondent.

*Matter of Gilfilan* v. *Price,* 127 App. Div. 846, affirmed.
(Argued November 11, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1908, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel the defendant to reinstate the petitioner in the position of mortgage tax deputy in the Erie county clerk's office.

*Hamilton Ward* for appellant.

*Simon Fleischmann* for respondent.

Order affirmed, with costs, on opinion of KRUSE, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of HENRY W. LEONARD, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Leonard,* 127 App. Div. 493, affirmed.
(Argued November 11, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1908, which granted a motion for the disbarment of Henry W. Leonard, an attorney.

*Allen Caruthers* for appellant.

*John Vernou Bouvier, Jr., Einar Chrystie* and *Dudley Davis* for respondent.

Order affirmed ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.